# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NIELSEN, THERESA M | § | Case No. 05-75088 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL M. DONAHUE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 05-75088 MLB Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: NIELSEN, THERESA M | Date Filed (f) or Converted (c): 09/23/05 (f) |
| | 341(a) Meeting Date: 11/03/05 |
| For Period Ending: 12/01/11 | Claims Bar Date: 03/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 73,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 18.00 | 0.00 | DA | 0.00 | FA |
| 3. Security deposit | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, etc. | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | 750.00 | 0.00 | DA | 0.00 | FA |
| 8. Morgan Stanley | 21,777.00 | 0.00 | DA | 0.00 | FA |
| 9. SBC Pension | 526.00 | 0.00 | DA | 0.00 | FA |
| 10. SBC Communications stock | 420.00 | 0.00 | DA | 0.00 | FA |
| 11. Brian Schab | 2,700.00 | 2,924.68 | | 2,924.68 | FA |
| 12. Hal Williams | 5,000.00 | 1,425.00 | | 1,425.00 | FA |
| 13. Jan Ohlicher | 3,250.00 | 0.00 | DA | 0.00 | FA |
| 14. 2002 Chevrolet Malibu | 3,830.00 | 0.00 | DA | 0.00 | FA |
| 15. Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 22.30 | FA |
| TOTALS (Excluding Unknown Values) | $113,371.00 | $4,349.68 | | $4,371.98 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 05-75088   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NIELSEN, THERESA M | Date Filed (f) or Converted (c): | 09/23/05 (f) |
| | | 341(a) Meeting Date: | 11/03/05 |
| | | Claims Bar Date: | 03/14/07 |

Initial Projected Date of Final Report (TFR): 07/31/06     Current Projected Date of Final Report (TFR): 06/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-75088 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NIELSEN, THERESA M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9740 MONEY MARKET |
| Taxpayer ID No: | *******0317 | | | |
| For Period Ending: | 12/01/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/06 | 11 | THERESA M NIELSEN 10177 ILLINOIS ROUTE 84 S HANOVER, IL 61041 | PAYMENT REC'D FROM BRIAN SCHAB | 1129-000 | 300.00 | | 300.00 |
| 10/05/06 | 11 | THERESA M NIELSEN 10177 ILLINOIS ROUTE 84 S HANOVER, IL 61041 | PAYMENT REC'D FROM BRIAN SCHAB | 1129-000 | 300.00 | | 600.00 |
| 10/31/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.36 | | 600.36 |
| 11/30/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.49 | | 600.85 |
| 12/29/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 601.36 |
| 01/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 601.87 |
| 02/28/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.46 | | 602.33 |
| 03/30/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 602.84 |
| 04/30/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.50 | | 603.34 |
| 05/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 603.85 |
| 06/26/07 | 11 | BRIAN SCHAB | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 700.00 | | 1,303.85 |
| 06/29/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.53 | | 1,304.38 |
| 07/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.11 | | 1,305.49 |
| 08/20/07 | 11 | BRIAN SCHAB | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 1,624.68 | | 2,930.17 |
| 08/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.55 | | 2,931.72 |
| 09/28/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.87 | | 2,933.59 |
| 10/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.87 | | 2,935.46 |
| 11/30/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 1.57 | | 2,937.03 |
| 12/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.40 | | 2,938.43 |
| 01/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.16 | | 2,939.59 |
| 02/29/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.70 | | 2,940.29 |
| 03/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.69 | | 2,940.98 |
| 04/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.60 | | 2,941.58 |
| 05/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.37 | | 2,941.95 |

Page Subtotals     2,941.95     0.00

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 05-75088 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NIELSEN, THERESA M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9740 MONEY MARKET |
| Taxpayer ID No: | *******0317 | | | |
| For Period Ending: | 12/01/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,016.95 |
| 06/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.37 | | 3,017.32 |
| 07/17/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,092.32 |
| 07/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,092.71 |
| 08/18/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,167.71 |
| 08/29/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,168.10 |
| 09/22/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,243.10 |
| 09/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.40 | | 3,243.50 |
| 10/20/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,318.50 |
| 10/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.32 | | 3,318.82 |
| 11/18/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,393.82 |
| 11/28/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.26 | | 3,394.08 |
| 12/18/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,469.08 |
| 12/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 3,469.26 |
| 01/20/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,544.26 |
| 01/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,544.29 |
| 02/18/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,619.29 |
| 02/27/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,619.32 |
| 03/23/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,694.32 |
| 03/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,694.35 |
| 04/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,694.43 |
| 05/29/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,694.52 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 4.12 | 3,690.40 |
| 06/24/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,765.40 |
| 06/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,765.50 |
| 07/14/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,840.50 |
| 07/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,840.60 |

Page Subtotals  902.77  4.12

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*
LFORM24

Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3 — Exhibit B

| Case No: | 05-75088 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NIELSEN, THERESA M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9740  MONEY MARKET |
| Taxpayer ID No: | *******0317 | | | |
| For Period Ending: | 12/01/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,915.60 |
| 08/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,915.70 |
| 09/21/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,990.70 |
| 09/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,990.80 |
| 10/14/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,065.80 |
| 10/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,065.90 |
| 11/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,066.00 |
| 12/03/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,141.00 |
| 12/22/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,216.00 |
| 12/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,216.11 |
| 01/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,216.21 |
| 02/19/10 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,291.21 |
| 02/26/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,291.31 |
| 03/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,291.43 |
| 04/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,291.54 |
| 05/20/10 | 12 | THERESA M NIELSEN<br>10177 ILLINOIS ROUTE 84 S<br>HANOVER, IL  61041 | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,366.54 |
| 05/28/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,366.65 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES,LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond #016018067 | 2300-000 | | 3.52 | 4,363.13 |
| 06/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.24 |
| 07/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.35 |
| 08/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.46 |
| 09/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.57 |
| 10/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,363.67 |
| 11/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.78 |
| 12/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.89 |

Page Subtotals   526.81   3.52

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 05-75088 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | NIELSEN, THERESA M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9740 MONEY MARKET |
| Taxpayer ID No: | *******0317 | | |
| For Period Ending: | 12/01/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,364.00 |
| 02/28/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,364.03 |
| 03/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,364.07 |
| 04/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,364.10 |
| 05/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,364.14 |
| 06/16/11 | 001002 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 3.73 | 4,360.41 |
| | | 701 POYDRAS ST., STE. 420 | TERM: 06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.45 |
| 07/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,360.48 |
| 08/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.52 |
| 09/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.56 |
| 10/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.60 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.56 | 4,355.04 |
| 11/10/11 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,355.05 |
| 11/10/11 | | Transfer to Acct #*******3943 | Final Posting Transfer | 9999-000 | | 4,355.05 | 0.00 |

| | | | COLUMN TOTALS | 4,371.98 | 4,371.98 | 0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | 0.00 | 4,355.05 | |
| | | | Subtotal | 4,371.98 | 16.93 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 4,371.98 | 16.93 | |

Page Subtotals  0.45  4,364.34

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 05-75088 -MLB | |
| Case Name: | NIELSEN, THERESA M | |
| Taxpayer ID No: | *******0317 | |
| For Period Ending: | 12/01/11 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******3943 GENERAL CHECKING | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/10/11 | | Transfer from Acct #*******9740 | Transfer In From MMA Account | 9999-000 | 4,355.05 | | 4,355.05 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,355.05 | 0.00 | 4,355.05 |
| Less: Bank Transfers/CD's | 4,355.05 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********9740 | 4,371.98 | 16.93 | 0.00 |
| GENERAL CHECKING - ********3943 | 0.00 | 0.00 | 4,355.05 |
| | 4,371.98 | 16.93 | 4,355.05 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 4,355.05 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 01, 2011 |
|---|---|---|---|---|---|---|

Case Number: 05-75088  
Debtor Name: NIELSEN, THERESA M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $1,273.13 | $0.00 | $1,273.13 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $1,259.34 | $0.00 | $1,259.34 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $3.73 | $3.73 | $0.00 |
| 000001<br>070<br>7100-00 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | | $729.58 | $0.00 | $729.58 |
| | Case Totals: | | | $3,265.78 | $3.73 | $3,262.05 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-75088
Case Name: NIELSEN, THERESA M
Trustee Name: DANIEL M. DONAHUE

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE