UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
NIELSEN, THERESA M                      §        Case No. 05-75088
                                        §
         Debtor(s)                      §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 01/04/2012 in Courtroom 115,

                United States Courthouse
                211 S. Court St.
                Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____                By: /s/ Daniel M. Donahue
                                                                                              Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
NIELSEN, THERESA M § Case No. 05-75088
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,371.98 |
| and approved disbursements of | $ | 16.93 |
| leaving a balance on hand of[1] | $ | 4,355.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,093.00 | $ 0.00 | $ 1,093.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,273.13 | $ 0.00 | $ 1,273.13 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 1,259.34 | $ 0.00 | $ 1,259.34 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.73 | $ 3.73 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,625.47 |
| Remaining Balance | $ 729.58 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 729.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ 729.58 | $ 0.00 | $ 729.58 |

Total to be paid to timely general unsecured creditors         $         729.58

Remaining Balance                                                                    $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 05-75088-MB
Theresa M Nielsen                                                Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Dec 12, 2011
                              Form ID: pdf006         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2011.
```
db              Theresa M Nielsen,    10177 Illinois Route 84 South,   Hanover, IL   61041-9745
9880691         BP Amoco,    PO Box 9014,   Des Moines, IA   50368-9014
9880692        +Brian A. Schab,    3132 Merrywell Court,    Carpentersville, IL 60110-3422
9880693         Capital One,    PO Box 30285,   Salt Lake City, UT   84130-0285
9880694        +Chase Card Services/Starbucks Duetto,    PO Box 15298,   Wilmington, DE 19850-5298
9880695         Citgo,    PO Box 9095,   Des Moines, IA   50368-9095
11164229       +Citibank (South Dakota). N.A.,    DBA: Citgo,   4740 121st ST,   Urbandale, Ia 50323-2402
17656351       +Citibank, N.A.,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
9880699         GMAC,    PO Box 217060,   Auburn Hills, MI   48321
9880697        +Galena State Bank,    PO Box 317,   Galena, IL 61036-0317
9880690        +Joseph D Olsen,    1318 East State Street,   Rockford, IL 61104-2228
9880689         Nielsen Theresa M,    10177 Illinois Route 84 South,   Hanover, IL   61041-9745
9880700         Sears,    PO Box 182149,   Columbus, OH   43218-2149
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
9880696        +E-mail/Text: Bankruptcy@htlf.com Dec 13 2011 04:18:30      Dubuque Bank & Trust,
                 1398 Central Avenue,    Dubuque, IA 52001-5021
9880698         E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2011 05:06:31      GE Money Bank,   PO Box 981127,
                 El Paso, TX   79998-1127
                                                                                             TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 14, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 2 of 2              Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2011 at the address(es) listed below:

        Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
        Daniel M Donahue    on behalf of Plaintiff Daniel Donahue ddonahue@mjwpc.com
        Joseph D Olsen    on behalf of Debtor Theresa Nielsen jolsenlaw@aol.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 4