UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                 §
                                       §
NIELSEN, THERESA M                     §         Case No. 05-75088
                                       §
         Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|     PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES,LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CITIBANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      05-75088    MLB   Judge: MANUEL BARBOSA
Case Name:    NIELSEN, THERESA M

For Period Ending: 02/14/12

Trustee Name:                DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 09/23/05 (f)
341(a) Meeting Date:         11/03/05
Claims Bar Date:             03/14/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 73,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account | 18.00 | 0.00 | DA | 0.00 | FA |
| 3. Security deposit | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, etc. | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | 750.00 | 0.00 | DA | 0.00 | FA |
| 8. Morgan Stanley | 21,777.00 | 0.00 | DA | 0.00 | FA |
| 9. SBC Pension | 526.00 | 0.00 | DA | 0.00 | FA |
| 10. SBC Communications stock | 420.00 | 0.00 | DA | 0.00 | FA |
| 11. Brian Schab | 2,700.00 | 2,924.68 | | 2,924.68 | FA |
| 12. Hal Williams | 5,000.00 | 1,425.00 | | 1,425.00 | FA |
| 13. Jan Ohlicher | 3,250.00 | 0.00 | DA | 0.00 | FA |
| 14. 2002 Chevrolet Malibu | 3,830.00 | 0.00 | DA | 0.00 | FA |
| 15. Animals | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 22.30 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $113,371.00 | $4,349.68 | | $4,371.98 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-75088    MLB    Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NIELSEN, THERESA M | Date Filed (f) or Converted (c): | 09/23/05 (f) |
| | | 341(a) Meeting Date: | 11/03/05 |
| | | Claims Bar Date: | 03/14/07 |

Initial Projected Date of Final Report (TFR): 07/31/06       Current Projected Date of Final Report (TFR): 06/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-75088 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | NIELSEN, THERESA M | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******9740 MONEY MARKET |
| Taxpayer ID No: | *******0317 | | | |
| For Period Ending: | 02/14/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/05/06 | 11 | THERESA M NIELSEN 10177 ILLINOIS ROUTE 84 S HANOVER, IL 61041 | PAYMENT REC'D FROM BRIAN SCHAB | 1129-000 | 300.00 | | 300.00 |
| 10/05/06 | 11 | THERESA M NIELSEN 10177 ILLINOIS ROUTE 84 S HANOVER, IL 61041 | PAYMENT REC'D FROM BRIAN SCHAB | 1129-000 | 300.00 | | 600.00 |
| 10/31/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.36 | | 600.36 |
| 11/30/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.49 | | 600.85 |
| 12/29/06 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 601.36 |
| 01/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 601.87 |
| 02/28/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.46 | | 602.33 |
| 03/30/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 602.84 |
| 04/30/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.50 | | 603.34 |
| 05/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.51 | | 603.85 |
| 06/26/07 | 11 | BRIAN SCHAB | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 700.00 | | 1,303.85 |
| 06/29/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.53 | | 1,304.38 |
| 07/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.11 | | 1,305.49 |
| 08/20/07 | 11 | BRIAN SCHAB | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 1,624.68 | | 2,930.17 |
| 08/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.55 | | 2,931.72 |
| 09/28/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.87 | | 2,933.59 |
| 10/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.87 | | 2,935.46 |
| 11/30/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 1.57 | | 2,937.03 |
| 12/31/07 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.40 | | 2,938.43 |
| 01/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.16 | | 2,939.59 |
| 02/29/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.70 | | 2,940.29 |
| 03/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.69 | | 2,940.98 |
| 04/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.60 | | 2,941.58 |
| 05/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.37 | | 2,941.95 |
| | | | Page Subtotals | | 2,941.95 | 0.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-75088 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | NIELSEN, THERESA M | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******9740  MONEY MARKET |
| Taxpayer ID No: | *******0317 | | | |
| For Period Ending: | 02/14/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,016.95 |
| 06/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.37 | | 3,017.32 |
| 07/17/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,092.32 |
| 07/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,092.71 |
| 08/18/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,167.71 |
| 08/29/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,168.10 |
| 09/22/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,243.10 |
| 09/30/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.40 | | 3,243.50 |
| 10/20/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,318.50 |
| 10/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.32 | | 3,318.82 |
| 11/18/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,393.82 |
| 11/28/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.26 | | 3,394.08 |
| 12/18/08 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,469.08 |
| 12/31/08 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 3,469.26 |
| 01/20/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,544.26 |
| 01/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,544.29 |
| 02/18/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,619.29 |
| 02/27/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,619.32 |
| 03/23/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,694.32 |
| 03/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,694.35 |
| 04/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,694.43 |
| 05/29/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,694.52 |
| 06/23/09 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA  70139 | Blanket Bond | 2300-000 | | 4.12 | 3,690.40 |
| 06/24/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,765.40 |
| 06/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,765.50 |
| 07/14/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,840.50 |
| 07/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,840.60 |

Page Subtotals    902.77    4.12

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-75088 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | NIELSEN, THERESA M | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******9740 MONEY MARKET |
| Taxpayer ID No: | *******0317 | | |
| For Period Ending: | 02/14/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/24/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,915.60 |
| 08/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,915.70 |
| 09/21/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 3,990.70 |
| 09/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,990.80 |
| 10/14/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,065.80 |
| 10/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,065.90 |
| 11/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,066.00 |
| 12/03/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,141.00 |
| 12/22/09 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,216.00 |
| 12/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,216.11 |
| 01/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,216.21 |
| 02/19/10 | 12 | HAL WILLIAMS | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,291.21 |
| 02/26/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,291.31 |
| 03/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,291.43 |
| 04/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,291.54 |
| 05/20/10 | 12 | THERESA M NIELSEN<br>10177 ILLINOIS ROUTE 84 S<br>HANOVER, IL 61041 | PAYMENT OF LIEN/JUDGMENT | 1129-000 | 75.00 | | 4,366.54 |
| 05/28/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,366.65 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES,LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067 | 2300-000 | | 3.52 | 4,363.13 |
| 06/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.24 |
| 07/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.35 |
| 08/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.46 |
| 09/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.57 |
| 10/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,363.67 |
| 11/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.78 |
| 12/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,363.89 |

Page Subtotals     526.81     3.52

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-75088 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | NIELSEN, THERESA M | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******9740 MONEY MARKET |
| Taxpayer ID No: | *******0317 | | | |
| For Period Ending: | 02/14/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,364.00 |
| 02/28/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,364.03 |
| 03/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,364.07 |
| 04/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,364.10 |
| 05/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,364.14 |
| 06/16/11 | 001002 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 3.73 | 4,360.41 |
| | | 701 POYDRAS ST., STE. 420 | TERM: 06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.45 |
| 07/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,360.48 |
| 08/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.52 |
| 09/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.56 |
| 10/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,360.60 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.56 | 4,355.04 |
| 11/10/11 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,355.05 |
| 11/10/11 | | Transfer to Acct #*******3943 | Final Posting Transfer | 9999-000 | | 4,355.05 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 4,371.98 | 4,371.98 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 4,355.05 | |
| Subtotal | | 4,371.98 | 16.93 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 4,371.98 | 16.93 | |

Page Subtotals  0.45  4,364.34

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-75088 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | NIELSEN, THERESA M | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3943 GENERAL CHECKING |
| Taxpayer ID No: | *******0317 | | |
| For Period Ending: | 02/14/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/10/11 | | Transfer from Acct #*******9740 | Transfer In From MMA Account | 9999-000 | 4,355.05 | | 4,355.05 |
| 01/05/12 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,093.00 | 3,262.05 |
| 01/05/12 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,273.13 | 1,988.92 |
| 01/05/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 1,259.34 | 729.58 |
| 01/05/12 | 000103 | Citibank, N.A. 701 East 60th Street North Sioux Falls, SD 57117 | Claim 000001, Payment 100.0% | 7100-000 | | 729.58 | 0.00 |

```
                                    COLUMN TOTALS                    4,355.05     4,355.05        0.00
                                    Less:  Bank Transfers/CD's       4,355.05         0.00
                                    Subtotal                             0.00     4,355.05
                                    Less:  Payments to Debtors                        0.00
                                    Net                                  0.00     4,355.05
```

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********9740 | 4,371.98 | 16.93 | 0.00 |
| GENERAL CHECKING - ********3943 | 0.00 | 4,355.05 | 0.00 |
| | 4,371.98 | 4,371.98 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     4,355.05     4,355.05

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 12)*